# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CLARENCE ROBINSON,

    Petitioner,

        v.

WARDEN BALTAZAR,

    Respondent.

NO. 3:17-CV-0466

(JUDGE CAPUTO)

## ORDER

**NOW**, this 18th day of October, 2018, **IT IS HEREBY ORDERED** that:

(1) The Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED without prejudice**.

(2) The Motion to Appoint Counsel (Doc. 13) is **DENIED**.

(3) The Motion for Preliminary Injunction (Doc. 17) is **DENIED without prejudice** to Petitioner seeking such relief in a proper civil action.

(4) The Clerk of Court is directed to mark the case as **CLOSED**.

                                              /s/ A. Richard Caputo  
                                              A. Richard Caputo  
                                              United States District Judge